**DISMISS and Opinion Filed October 26, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00457-CV

**JUDY HALLMAN, Appellant**
**V.**
**CITY OF FRISCO, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03963-2021**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Goldstein
Opinion by Justice Goldstein

By motion filed October 12, 2022, appellant informs the Court that she no longer wishes to pursue this appeal and asks that it be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

220457F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JUDY HALLMAN, Appellant

No. 05-22-00457-CV      V.

CITY OF FRISCO, Appellee

On Appeal from the 471st Judicial District Court, Collin County, Texas Trial Court Cause No. 471-03963-2021.

Opinion delivered by Justice Goldstein, Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee City of Frisco recover its costs, if any, of this appeal from appellant Judy Hallman.

Judgment entered October 26, 2022.

–2–